

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

FILED
FEB 28 2008
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

WINTER RAYNE SOMMERS

    Debtor.

Case No. 08-21689-B-13J

D.C. No. WRT-78

**MEMORANDUM DECISION**

The court has reviewed the creditor Cathay Bank's ("Cathay") Application for Hearing on Shortened Notice (the "Application") filed on February 25, 2008. (Dkt. 9 at 2).

Cathay seeks and order shortening time to set a motion for relief from the automatic stay brought under 11 U.S.C. § 362(d)(1) and (d)(4) (Dkt. 10) for hearing on or before February 28, 2008. As grounds for seeking shortened time, Cathay asserts that it must obtain relief from the automatic stay and a finding under Section 362(d)(4) before the court dismisses the bankruptcy case. (Dkt. 9 at 2). Cathay is concerned that the bankruptcy case will be dismissed on February 28, 2008 because the court issued a Notice of Incomplete Filing in this case on February 13, 2008 (Dkt. 3), which notice stated that if the debtor failed to file certain documents listed in the notice by February 28, 2008, "action will be initiated to dismiss the case."

The Application will be denied. Cathay's fears that the case will be dismissed on February 28, 2008 are unfounded. The Notice of Incomplete Filing states that if the documents are not filed by February 28, 2008, action will be initiated to dismiss the case. In this district such action takes the form of an order to show cause, which is generated by the clerk's office if the missing documents are not filed by the deadline specified in the Notice of Incomplete filing. The order to show cause is served on the debtor and is set for a hearing.

Here, the deadline for satisfying the notice of incomplete filing has not passed and no order to show cause has been generated, served on the debtor, or set for a hearing. Furthermore, this is a chapter 13 case. If an order to show cause is generated soon after February 28, 2008, it is likely to be set for hearing on the court's chapter 13 calendar on March 18, 2008 at 9:30 a.m. at the earliest, the same day that movant self-set its motion for relief from the automatic stay.

The case will also not be automatically dismissed pursuant to 11 U.S.C. § 521(i) prior to March 18, 2008 if the debtor fails to file schedules or statements that constitute information required by 11 U.S.C. § 521(a)(1). This case was filed on February 13, 2008. Taking into account the automatic extension of time provided by Federal Rule of Bankruptcy Procedure 9006(a), the forty-fifth day for the purposes of 11 U.S.C. § 521(i) is March 31, 2008. This case cannot be automatically dismissed prior to that date.

1 | Furthermore, Cathay's fear that if the case is dismissed
2 | this court will lack jurisdiction to make a finding under 11
3 | U.S.C. § 362(d)(4) is also unfounded.  The court retains
4 | jurisdiction to make a finding under 11 U.S.C. § 362(d)(4) despite the
5 | dismissal of a bankruptcy case.  See In re Johnson, 346 B.R. 190, 194
6 | (9th Cir. BAP 2006); In re Menk, 241 B.R. 896 (9th Cir. BAP 1999).
7 | The court will issue an order consistent with the foregoing
8 | decision.

Dated: FEB 28 2008

*/s/ Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge

3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**CERTIFICATE OF MAILING**

    The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

| | | |
|---|---|---|
| Winter Rayne Sommers<br>1296 E Gibson Rd #A<br>Woodland, CA 95776 | Wayne R. Terry<br>15910 Ventura Blvd 12th Fl<br>Encino, CA 91436 | Jan P. Johnson<br>PO Box 1708<br>Sacramento, CA 95812 |
| Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 | | |

DATED: 2/28/08    By: _Wendy Locke_
                                        Deputy Clerk

EDC 3-070 (New 4/21/00)